IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

NATHAN J. BACON,

    Petitioner,

v.

SHERIFF FOR EVANS COUNTY,

    Respondent.

CIVIL ACTION NO.: 6:18-cv-114

## ORDER

After an independent and de novo review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, doc. 8, to which Petitioner Nathan Bacon ("Bacon") filed "Objections." Doc. 12. Bacon's filing was untimely, but the Court accepts and has reviewed this filing. However, nothing in Bacon's "Objections" can be construed as being responsive to the Magistrate Judge's Report and Recommendation. Accordingly, the Court **OVERRULES** Bacon's Objections.

The Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court. The Court **DISMISSES** Bacon's 28 U.S.C. § 2254 Petition for Writ of Habeas Corpus, **DIRECTS** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment of dismissal, and **DENIES** Bacon *in forma pauperis* status on appeal and a Certificate of Appealability.

SO ORDERED, this 17th day of July, 2019.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA